UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Terry Puckett,

                                                        Case No. 15-3249 (SRN/JJK)

        Plaintiff,

        v.                                         ORDER

Quantum Digital Connections, Inc.;
Richard Andolshek; and Chairman
Wayne Barthel, DEO,

        Defendants.

_____

Based upon the Report and Recommendation by United States Magistrate Judge Jeffrey J. Keyes dated September 15, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

        **IT IS HEREBY ORDERED** that

1.     This matter be DISMISSED WITHOUT PREJUDICE.

2.     Plaintiff Terry Puckett's application to proceed in forma pauperis [Doc. No. 2] be denied as moot.

DATED: October 1, 2015              s/Susan Richard Nelson
                                   SUSAN RICHARD NELSON
                                   United States District Judge